**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MIRANDA BRIGGS, Individually and as
Administrator of the Estate of Garrett S.
Briggs,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 4:21-cv-361

## O R D E R

Before the Court is a Stipulation of Dismissal Without Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on May 11, 2022, wherein the parties indicate they stipulate to the dismissal, without prejudice, of this action.  (Doc. 25.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

    **SO ORDERED**, this 16th day of May, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA